IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARVIN BROWN,

Petitioner,

vs.                                             No. 07 CV 897 RB/WDS

MIKE HEREDIA, Warden, and
GARY K. KING, Attorney General for the
State of New Mexico

Respondent

## ORDER

**THIS MATTER** came before the Court on Respondent's Motion to Dismiss that was filed on December 3, 2005. (Document No. 12)  Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, to which there was no objection filed by Petitioner, and being otherwise fully advised, I find that the motion to dismiss should be granted.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Respondent's motion to dismiss (Docket No. 12) is **GRANTED**.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE